1937. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment of the Supreme Court of the State of Illinois, sought here to be reviewed, is based upon a non-federal ground adequate to support it. *Callan* v. *Bransford,* 139 U. S. 197; *John* v. *Paullin,* 231 U. S. 583, 585. *Mr. Nat S. Ruvell* for appellant. No appearance for appellee.

No. —, original. TEXAS *v.* FLORIDA ET AL. March 15, 1937. The motion for leave to file the bill of complaint herein is granted and process is ordered to issue returnable May 17, 1937. *Mr. William McCraw,* Attorney General of Texas, and *Mr. Llewellyn B. Duke* for plaintiff, in support of the motion.

No. 285. UNITED STATES EX REL. GIRARD TRUST CO., TRUSTEE, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 15, 1937. The motion for leave to file and the petition for rehearing are granted. The order entered on December 7, 1936 (299 U. S. 603) denying the petition for certiorari is vacated and the petition for writ of certiorari to the United States Court of Appeals for the District of Columbia is granted.

No. 202 (October Term, 1935). STONE ET AL. *v.* WHITE, FORMER COLLECTOR. March 15, 1937. The motion for leave to file and the petition for rehearing are granted. The orders heretofore entered on October 14, 1935 (296 U. S. 596), and December 7, 1936 (299 U. S. 622), denying the petition for certiorari and petition for rehearing herein are vacated and the petition for